905 A.2d 869

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JEFFREY C. BAKER, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the
issue of defendant's sentence, and the matter is summarily re-
manded to the trial court for resentencing in light of the Court's
decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 870

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DE-
LANEY S. CALDWELL JR. DEFENDANT–PETITIONER,
AND DARNELL CALDWELL, DEFENDANT.

August 4, 2006.

ORDERED that the petition for certification is granted on the
issue of defendant's sentence, and the matter is summarily re-
manded to the trial court for resentencing in light of the Court's
decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 870

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WILLIAM CAMACHO, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the
issue of defendant's sentence, and the matter is summarily re-
manded to the trial court for resentencing in light of the Court's
decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.2d* 1195 (2006).